**John S. MURPHY, Claimant–Appellant,**

v.

**Sloan D. GIBSON, Acting Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2014–7035.**

United States Court of Appeals, Federal Circuit.

July 15, 2014.

Maxwell D. Kinman, Alexander Webb & Kinman, of Mason, OH, argued for claimant-appellant.

James Sweet, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were Stuart F. Delery, Assistant Attorney General, Robert E. Kirschman, Jr., Director, and Martin F. Hockey, Jr., Assistant Director. Of counsel on the brief were Michael J. Timinski, Deputy Assistant General Counsel, and David Barrans, Staff

Attorney, United States Department of Veterans Affairs, of Washington, DC. Of counsel were Martie S. Adelman and Joshua P. Mayer, Attorneys.

LOURIE, LINN, and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED AND ADJUDGED:

AFFIRMED. *See* **Fed. Cir. R. 36.**